IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS | * | CRIMINAL NO. **B-05–025** |
| **Oscar Julian Mendez-Hernandez** | | |

# O R D E R

BE IT REMEMBERED on this 26th day of April, 2005, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed January 20, 2005, wherein the defendant **Oscar Julian Mendez-Hernandez** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Oscar Julian Mendez-Hernandez** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant **Oscar Julian Mendez-Hernandez guilty of the offense of an alien unlawfully found in the United States after deportation, in violation of 8 USC 1326(a).**

SIGNED this the 26th day of April, 2005.

Andrew S. Hanen
United States District Judge